IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ANILA PODANA,

    Petitioner,                    No. CIV S-07-1873 FCD DAD P

    vs.

DEBORAH L. PATRICK, Warden,

    Respondent.                FINDINGS & RECOMMENDATIONS

_____/

        By an order filed October 3, 2007, petitioner was ordered to file, within thirty days, an application in support of her request to proceed in forma pauperis or pay the appropriate filing fee. Petitioner was cautioned that failure to do so would result in a recommendation that this action be dismissed. The thirty day period has now expired, and petitioner has not responded to the court's order, and has not filed an application in support of her request to proceed in forma pauperis or paid the appropriate filing fee. Accordingly, IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice.

        These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within twenty days after being served with these findings and recommendations, petitioner may file written objections with the court. The document should be captioned "Objections to Magistrate Judge's

1

1  Findings and Recommendations."  Petitioner is advised that failure to file objections within the
2  specified time may waive the right to appeal the District Court's order.  <u>Martinez v. Ylst</u>, 951
3  F.2d 1153 (9th Cir. 1991).
4  DATED: November 14, 2007.

　　　　　　　　　　　　　　　　　　　　　　　／s／ Dale A. Drozd
　　　　　　　　　　　　　　　　　　　　　　　DALE A. DROZD
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

8  DAD:lg
   poda1873.fifp