IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ANILA PODANA,

    Petitioner,               No. CIV S-07-1873 FCD DAD P

    vs.

DEBORAH L. PATRICK, Warden,

    Respondent.             ORDER

_____/

        By an order filed October 3, 2007, petitioner was ordered to file, within thirty days, an application in support of her request to proceed in forma pauperis or pay the appropriate filing fee. Petitioner was cautioned that failure to do so would result in a recommendation that this action be dismissed. The thirty day period expired, and petitioner had not responded to the court's order. Accordingly, on November 15, 2007, the court issued findings and recommendations, recommending that this action be dismissed without prejudice. However, on the same day, petitioner filed an application to proceed in forma pauperis.

        In the interests of justice, the court will vacate its findings and recommendations. The case will proceed in accordance with this order. However, plaintiff is advised that any subsequent failure to comply fully with court orders and applicable rules may result in a renewed recommendation to dismiss this case. See Local Rule 11-110.

1

1  Examination of the in forma pauperis application reveals that petitioner is unable
2  to afford the costs of suit. Accordingly, the application to proceed in forma pauperis will be
3  granted. See 28 U.S.C. § 1915(a).
4  Since petitioner may be entitled to relief if the claimed violation of constitutional
5  rights is proved, respondent will be directed to file a response to petitioner's habeas petition.
6  In accordance with the above, IT IS HEREBY ORDERED that:
7  1. Petitioner's application to proceed in forma pauperis is granted;
8  2. Respondent is directed to file a response to petitioner's habeas petition within
9  thirty days from the date of this order. See Rule 4, Fed. R. Governing § 2254 Cases. An answer
10 shall be accompanied by all transcripts and other documents relevant to the issues presented in
11 the petition. See Rule 5, Fed. R. Governing § 2254 Cases;
12 3. If the response to the habeas petition is an answer, petitioner's reply, if any,
13 shall be filed and served within thirty days after service of the answer;
14 4. If the response to the habeas petition is a motion, petitioner's opposition or
15 statement of non-opposition to the motion shall be filed and served within thirty days after
16 service of the motion, and respondent's reply, if any, shall be filed and served within fifteen days
17 thereafter;
18 5. The Clerk of the Court shall serve a copy of this order together with a copy of
19 the petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 on Michael Patrick Farrell,
20 Senior Assistant Attorney General; and
21 6. This court's November 15, 2007 findings and recommendations are vacated.
22 DATED: November 27, 2007.

DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:9
poda1873.100

2