IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ANILA PODANA,

    Petitioner,                    No. CIV S-07-1873 FCD DAD P

    vs.

DEBORAH L. PATRICK, Warden,

    Respondent.              ORDER

_____/

        On December 26, 2007, petitioner, a state prisoner proceeding pro se, filed an amended petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Habeas corpus petitions may be amended as provided in the rules of procedure applicable to civil actions. 28 U.S.C. § 2242. Pursuant to the Federal Rules of Civil Procedure, a party may amend his or her pleading once as a matter of course at any time before a responsive pleading is served. Fed. R. Civ. P. 15(a). In the present case, petitioner's amended petition was filed before an answer or other responsive pleading was served by respondent. Accordingly, the case will proceed on petitioner's amended petition.

        On December 27, 2007, respondent filed an application for an extension of time to file a responsive pleading to petitioner's original petition for a writ of habeas corpus. Good cause appearing, the court will grant respondent's request for an extension of time. However,

1

respondent will be directed to file a response to petitioner's December 26, 2007 amended habeas petition.

In accordance with the above, IT IS HEREBY ORDERED that:

1. Respondent's December 27, 2007 request for an extension of time is granted; and

2. Respondent shall file a responsive pleading to petitioner's December 26, 2007 amended petition for a writ of habeas corpus on or before January 27, 2008.

DATED: January 3, 2008.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:9
poda1873.111

2