IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ANILA PODANA,

    Petitioner,                  No. CIV S-07-1873 FCD DAD P

    vs.

DEBORAH PATRICK, Warden,

    Respondent.             ORDER TO SHOW CAUSE

_____/

        Petitioner is a state prisoner proceeding pro se with an application for writ of habeas corpus pursuant to 28 U.S.C. § 2254. On January 28, 2008, respondent filed a motion to dismiss the petition as barred by the applicable statute of limitations. Petitioner has not filed an opposition to the motion. Local Rule 78-230(m) provides in part: "Failure of the responding party to file written opposition or to file a statement of no opposition may be deemed a waiver of any opposition to the granting of the motion . . . ."

        Good cause appearing, IT IS HEREBY ORDERED that within twenty days of being served with this order petitioner shall file an opposition, if any, to respondent's motion to

/////

/////

/////

1  dismiss and show cause why respondent's January 28, 2008 motion to dismiss should not be
2  granted.[1]
3  DATED: March 13, 2008.

                                                  /s/ Dale A. Drozd
                                                  DALE A. DROZD
                                                  UNITED STATES MAGISTRATE JUDGE

DAD:9
poda1873.osc

---

[1] If petitioner no longer wishes to proceed with this action, she should file a request that it be dismissed without prejudice pursuant to Rule 41(b) of the Federal Rules of Civil Procedure.