IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ANILA PODANA,

    Petitioner,                   No. CIV S-07-1873 FCD DAD P

    vs.

DEBORAH PATRICK, Warden,

    Respondent.               ORDER

_____/

        Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

        On May 14, 2008, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within twenty days.  Neither party has filed objections to the findings and recommendations.

        The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.  Accordingly, IT IS HEREBY ORDERED that:

/////

1. The findings and recommendations filed May 14, 2008, are adopted in full;

2. Respondent's January 28, 2008 motion to dismiss is granted;

3. Petitioner's petition for a writ of habeas corpus is dismissed with prejudice; and

4. This action is closed.

DATED: August 26, 2008.

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE